No. 6728.—Albert E. Lee, Receiver de la United Porto Rican Sugar Co., (P. R.), dmte.-aplte., *v.* National City Bank of New York, dmdo.-aplte. y Garzot, et al., apldos.—C. D. Humacao. ▄▄
▄▄▄▄▄▄ Julio 7, 1934.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción sobre desestimación que antecede, apareciendo que el síndico demandante y ahora apelante, al radicar su demanda de *interpleader* actuó de acuerdo con instrucciones recibidas del Juez de la Corte Federal, instrucciones dadas por dicho juez después de oídas todas las partes interesadas, y por tanto que la presente apelación, por lo menos en cuanto atañe al pronunciamiento de la sentencia apelada que condenó a dicha demandante en costas, no es tan claramente frívola que debamos anticipar el resultado de una vista del caso en su fondo, no ha lugar a la desestimación solicitada.